UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20674-CIV-ALTONAGA/O'Sullivan

**ARNON MEYER CLINE**,

    Plaintiff,
v.

**ERIC BURNS**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On April 5, 2017, the Court entered an Order Setting Trial [ECF No. 28], requiring the parties to select a mediator, schedule a mediation conference, and file a proposed order scheduling mediation on or before April 25, 2017. To date, the parties have failed to comply. Accordingly, it is

**ORDERED AND ADJUDGED** that by **April 28, 2017**, the parties shall submit a proposed order scheduling mediation, failing which the case will be dismissed without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 26th day of April, 2017.

                                                                                  **CECILIA M. ALTONAGA**
                                                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record