UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20674-CIV-ALTONAGA/O'Sullivan

**ARNON MEYER CLINE**,

     Plaintiff,
v.

**TORAH AND THE TWELVE STEPS, INC.**, *et al.*,

     Defendants.
_____/

### ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with mediator **Neil Flaxman**, on **June 19, 2017, commencing at 10:00 a.m**. at Brickell Bayview Centre, 80 S.W. 8th Street, Suite 3100, in Miami, Florida. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Miami, Florida this 26th day of April, 2017.

 

*[Signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record