UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  17-20674-CMA


Arnon Meyer Cline, et al,

      Plaintiffs,

Vs.

TORAH AND THE TWELVE STEPS, INC.,
RUTH BURNS AND ERIC BURNS,

      Defendants.

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned hereby stipulate and request that the law firm of KELLEY KRONENBERG be substituted in this case for KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.[1] and TODD LEVINE, Esq., as Defendants' counsel in the above-styled case, and request that all future filings and correspondence be directed to the attention of Angelo Filippi at the firm and address shown below.

DATED this 16th day of May, 2016.


KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.
201 South Biscayne Blvd., 27th Floor
Miami, FL  33131
(305) 379-9000

KELLEY KRONENBERG
8201 Peters Road
Suite 4000
Ft. Lauderdale, FL  33324
(954) 370-9970


By:  ___ /s/ Todd Levine___

By:  _____ /s/Angelo Filippi_____

_____

[1] The substitution of counsel includes all counsel appearing in this case from the law firm of Klugere, Kaplan, Silverman, Katzen & Levine, PL.

Todd Levine                                    Angelo M. Filippi
Florida Bar No. 899119                         Florida Bar No. 880851
tlevine@klugerkaplan.com                       afilippi@kelleykronenberg.com
Michael Landen
Florida Bar No.:  161144
mlanden@klugerkaplan.com


## SERVICE LIST


Jamie H. Zidell, Esq.                          Angelo M. Filippi, Esq.
zabogado@aol.com                               afilippi@kelleykronenberg.com

Bruno Andre Garofalo, Esq.                     Maritza Gomez, Esq.
Bruno.garofalo.esq.@gmail.com                  mgomez@kelleykronenberg.com
                                               bbishop@kelleykronenberg.com

Rivkah Fay Jaff, Esq.
Rivkah.Jaff@gmail.com