UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-20674-CIV-ALTONAGA/O'SULLIVAN

ARNON MEYER CLINE,
Et al.,

    Plaintiff,

v.

TORAH AND THE TWELVE
STEPS, INC., et al.,

    Defendants.
_____/

**DEFENDANTS' MOTION REQUESTING TO MOVE THE JUNE 19TH MEDIATION TO ANOTHER DATE WITHIN THE MEDIATION DEADLINE**

COME NOW Defendants, by and through their undersigned attorney, and hereby file the foregoing Motion and in support thereof state as follows:

**INTRODUCTION**

Defendants respectfully request the Court to move the mediation date set for June 19, 2017, for another date within the mediation deadline. Said date was previously set before undersigned was retained. Undersigned, lead counsel for Defendant in this case, has previously set out of state travel arrangements for June 19, 2017. Undersigned will be attending his parents' 60th wedding anniversary, his niece's graduation and celebrating Father's Day with his 87 year old father.

Despite Defendants providing Plaintiff's counsel with alternative dates to move the mediation for a date within the mediation deadline, Plaintiff's counsel opposes the same without providing any reason.

Therefore, for these reasons provided below, Defendants respectfully request the Court to grant this Motion and move the mediation date to another date within the mediation deadline.

## ALLEGATIONS

1. On April 5, 2017, the Court issued the Trial Order and set all deadlines in this case. *See* D.E. No. 28.

2. The discovery deadline is July 31, 2017. *See* D.E. No 28.

3. The deadline to complete mediation is August 14, 2017. *See* D.E. No. 28.

4. On April 26, 2017, the parties attended a Settlement Conference before Magistrate Judge John Sullivan. *See* D.E. No. 33.

5. The parties were not able to reach a settlement agreement during said conference. *See* D.E. No. 33.

6. On April 26, 2017, prior counsel for Defendants and Plaintiff's counsel set the mediation in this case for June 19, 2017, before Neil Flaxman. *See* D.E. No. 35.

7. On April 27, 2017, the Court issued the Order Scheduling Mediation before Neil Flaxman on June 19, 2017. *See* D.E. No. 36.

8. On May 5, 2017, the Court set a discovery hearing for May 18, 2017. *See* D.E. No. 37.

9. On May 15, 2017, undersigned was retained to represent Defendants in this action. *See* D.E. No. 38.

10. Defendants' counsels diligently prepared and attended the discovery hearing held on May 18, 2017. *See* D.E. No. 43.

11. Undersigned is the lead counsel for Defendants in this case.

12. Defendants require that undersigned counsel represent them during mediation.

13. Undersigned has a previously scheduled out of state travel arrangement for June 19, 2017.

14. Undersigned will be attending his parent's 60th wedding anniversary, his niece's graduation, and will be spending Father's Day with his 87 year old father.

15. Therefore, undersigned will not be able to attend the mediation set for June 19, 2017.

16. On May 23, 2017, undersigned informed Plaintiff's counsel of his inability to attend the June 19th mediation due to his previously scheduled travel arrangements.

17. Undersigned proposed Plaintiff's counsel alternative dates that Mediator Flaxman was available and that were within the mediation deadline set by the Court.

18. Undersigned proposed moving the mediation to July 11th, 14th or 15th.

19. Notwithstanding, Plaintiff's counsel informed undersigned that she opposed moving the June 19th mediation to another date, without providing any reason.

20. Moving the mediation from June 19th to another date within the mediation deadline will not cause any prejudice to any of the parties in this case.

21. In fact, if the mediation is moved to any of the dates proposed by undersigned, July 11th, 14th or 15th, the parties will still be a month away from the mediation deadline, which is August 14, 2017. *See* D.E. 28.

20. Thus, good cause exists to move the mediation set for June 19th to another date within the mediation deadline.

20. This Motion is not being filed for purposes of delay.

21. This Motion is being filed in good faith.

22. Based on the foregoing, Defendants respectfully requests an Order granting this Motion and moving the mediation from June 19th to another date within the mediation deadline set by the Court.

WHEREFORE, Defendants respectfully request that this Honorable Court grant this Motion and move the mediation set for June 19, 2017, to another date within the mediation deadline set by the Court.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), counsel for Defendants conferred in a good faith effort with Plaintiff's counsel on May 23, 2017, to resolve the issues but the parties were unable to resolve the same.

Dated: May 25, 2017.

          Respectfully submitted,

          KELLEY KRONENBERG
          Attorneys for Defendants
          8201 Peters Road
          Suite 4000
          Fort Lauderdale, FL  33324
          (954) 370-9970 – Telephone
          (954) 370-9191 – Facsimile

          /s/Angelo M. Filippi, Esq.
          Angelo M. Filippi, Esq.
          Florida Bar No.:  880851
          afilippi@kelleykronenberg.com
          bbishop@kelleykronenberg.com

**SERVICE LIST**

Jamie H. Zidell, Esq.
zabogado@aol.com

Bruno Andre Garofalo, Esq.
Bruno.garofalo.esq.@gmail.com

Rivkah Fay Jaff, Esq.
Rivkah.Jaff@gmail.com

Angelo M. Filippi, Esq.
afilippi@kelleykronenberg.com

Maritza Gomez, Esq.
mgomez@kelleykronenberg.com
bbishop@kelleykronenberg.com