UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20674-CIV-ALTONAGA/O'Sullivan

**ARNON MEYER CLINE**,

    Plaintiff,

v.

**ERIC BURNS**, *et al.*,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** came before the Court on Defendants, Eric Burns, Ruth Burns, and Torah and the Twelve Steps, Inc.'s Motion Requesting to Move the June 19th Mediation [ECF No. 44], filed May 25, 2017.  The Court has reviewed the Motion and found Defendants' counsel has shown good cause why the mediation conference should be rescheduled.  Noting Plaintiff's objection (*see* Mot. ¶ 19), it is

    **ORDERED AND ADJUDGED** that Defendants' Motion **[ECF No. 44]** is **GRANTED**.  The parties shall file a joint proposed order rescheduling mediation for a date prior to the mediation deadline by **June 1, 2017**.

    **DONE AND ORDERED** in Miami, Florida, this 25th day of May, 2017.

                                            **CECILIA M. ALTONAGA**
                                            **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record