UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20674-CIV-CMA

ARNON MEYER CLINE and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                                     )
           Plaintiff, )
vs. )
                                                                       )
TORAH AND THE TWELVE STEPS, INC., )
ERIC BURNS a/k/a/ ISRAEL BURNS, )
RUTH BURNS, )
                                                                       )
           Defendants. )
_____ )

## PLAINTIFF'S NOTICE OF STRIKING [DE46]

COME(S) NOW, the Plaintiff, by and through undersigned counsel, strikes [DE46].

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Neil Tobak
Neil Tobak, Esq.
Florida Bar No.: 93940

1

**CERTIFICATE OF SERVICE**

      I hereby certify that as of May 26, 2017 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record in the Service List below.

      Respectfully Submitted,

      J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

      By: /s/ Neil Tobak
Neil Tobak, Esq.
Florida Bar No.: 93940