UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20674-CIV-CMA

ARNON MEYER CLINE and all others )
similarly situated under 29 U.S.C. 216(b), )
)
         Plaintiff, )
  vs. )
)
TORAH AND THE TWELVE STEPS, INC., )
ERIC BURNS a/k/a/ ISRAEL BURNS, )
RUTH BURNS, )
)
         Defendants. )
_____ )

**NOTICE OF ATTORNEY APPEARANCE**

    **COMES NOW** Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's Notice of Attorney Appearance, and in support thereof states as follows:

1. The undersigned, Neil Tobak on behalf of the firm J.H. Zidell, P.A., hereby files his notice of appearance.

Dated this 26th day of May, 2017.

                                              Respectfully Submitted,

                                              J.H. Zidell, P.A.
                                              *Attorneys for Plaintiff*
                                              300 71st Street, Suite 605
                                              Miami Beach, Florida 33141
                                              Tel: (305) 865-6766
                                               Fax: (305) 865-7167

                                              By: /s/ Neil Tobak
                                              Neil Tobak, Esq.
                                              Florida Bar No.: 93940

## CERTIFICATE OF SERVICE

I hereby certify that as of May 26, 2017 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record in the Service List below.

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Neil Tobak
Neil Tobak, Esq.
Florida Bar No.: 93940